**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. <u>03-46857-RJK</u> |
| VOHS, KIM | ) | |
| CARLSON VOHS, LAUREN | ) | TRUSTEE'S FINAL REPORT AND |
| | ) | PROPOSED DISTRIBUTION |
| Debtor (s) | ) | |

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1.      That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2.      That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $<u>5,511.60</u>, disbursements of $<u>0.00</u>, and balance on hand of $<u>5,511.60</u>. The balance on hand will not remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3.      The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties.  The trustee has attached copies of any such orders or settlements.

4.      The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____  (not including interim disbursements reported on Form 2):

| Name of<br>Entity | Nature of<br>Interest | Proposed<br>Payment |
|---|---|---|
| | | |

5.      The maximum allowable trustee compensation is $<u>1,301.16</u>.  The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $<u>1,301.16</u> for final compensation and an additional $<u>69.81</u> for final reimbursement of expenses.

6.      The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a)      $3,412.51, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 1,301.16 | 1,301.16 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 69.81 | 69.81 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 1,500.00 | 1,500.00 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 541.54 | 541.54 |
| | Total | 3,412.51 | 3,412.51 |

(b)      $0.00  for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
| | | | | |

(c)      $2,099.09, for unsecured creditors allowed in the total amount of $101,814.55, yielding a dividend of 2.0616798% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| CAPITAL ONE FSB | 000015 | 1,122.74 | 23.14 |
| CHASE MANHATTAN BANK USA NA | 000003 | 10,513.33 | 216.75 |
| CHASE MANHATTAN BANK USA NA* | 000004 | 8,750.10 | 180.40 |
| CHASE MANHATTAN BANK USA NA** | 000005 | 10,541.76 | 217.34 |
| CHASE MANHATTAN BANK USA NA*** | 000006 | 6,799.21 | 140.18 |
| CITIBANK NA | 000017 | 10,812.09 | 222.91 |
| CITIBANK USA NA | 000016 | 114.55 | 2.36 |
| CITY COUNTY FEDERAL CREDIT UNION | 000009 | 8,652.82 | 178.39 |

| | | | |
|---|---|---:|---:|
| CREDIT UNION | 000007 | 2,639.57 | 54.42 |
| DISCOVER BANK | 000012 | 3,361.29 | 69.30 |
| FLEET CREDIT CARD SVCS | 000001 | 7,389.10 | 152.34 |
| KOHLS DEPARTMENT STORE | 000011 | 2,102.99 | 43.36 |
| MBNA AMERICA BANK NA | 000018 | 6,714.43 | 138.43 |
| MED CREDIT | 000002 | 21.36 | 0.44 |
| PEOPLES BANK | 000008 | 5,625.84 | 115.99 |
| US BANK | 000013 | 3,505.55 | 72.27 |
| US BANK* | 000014 | 5,537.01 | 114.16 |
| US BANK** | 000010 | 7,610.81 | 156.91 |
| Total | | $101,814.55 | $2,099.09 |

7.      The trustee's distribution of gross receipts of $5,511.60 from liquidation of all property of the estate is summarized below:

| | | | |
|---|---:|---|---|
| $ | 1,301.16 | a. | Trustee Compensation |
| $ | 1,500.00 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 0.00 | d. | Other Professionals |
| $ | 611.35 | e. | All expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 0.00 | g. | Priority Creditors |
| $ | 2,099.09 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other Payments, except to Debtor (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 5,511.60 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 5,511.60 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8.      The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:  June 18, 2006                                    /e/ Randall L. Seaver
                                                          RANDALL L. SEAVER, Trustee
                                                          12400 PORTLAND AVENUE SOUTH
                                                          SUITE 132
                                                          BURNSVILLE, MN  55337
                                                          (952) 890-0888

<u>REVIEW BY UNITED STATES TRUSTEE</u>

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated:      July 25, 2006                          HABBO G. FOKKENA
                                                   UNITED STATES TRUSTEE
                                                   Region 12


                                           By:___ _[signature]_

Case No:  03-46857  RJK  Judge: Robert J. Kressel

Trustee Name:  RANDALL L. SEAVER

Case Name:  VOHS, KIM

CARLSON VOHS, LAUREN

Date Filed (f) or Converted (c):  09/30/03 (f)

341(a) Meeting Date:  11/04/03

For Period Ending:  06/21/06

Claims Bar Date:  05/12/04

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOMESTEAD | 255,400.00 | 1,800.00 | | 1,880.00 | FA |
| Value exceeds exemption | | | | | |
| 2. CONDO | 111,300.00 | 0.00 | OA | 0.00 | FA |
| 3. BANK ACCOUNTS | 120.00 | 18.68 | | 18.68 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 12,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. BOOKS AND PICTURES | 400.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. PIANO | 150.00 | 150.00 | | 150.00 | FA |
| 8. TWO GUITARS | 50.00 | 50.00 | | 50.00 | FA |
| 9. WEDDING RINGS | 200.00 | 120.00 | | 120.00 | FA |
| 10. INTERESTS IN INSURANCE POLICIES | 1.00 | 0.00 | | 0.00 | FA |
| Term insurance | | | | | |
| Debtor Claimed Exemption | | | | | |
| 11. 2002 MAZDA PROTEGE | 12,000.00 | 0.00 | | 0.00 | FA |
| Lien in excess of value; exempt | | | | | |
| 12. 2000 FORD CONTOUR | 4,200.00 | 0.00 | | 0.00 | FA |
| Lien in excess of value; exempt | | | | | |
| 13. SPORTING GOODS | 200.00 | 200.00 | | 213.54 | FA |
| 14. VOHS CONSULTING & MANAGEMENT SERVICES, INC. | 1.00 | 0.00 | DA | 0.00 | FA |
| 15. TRADE ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 16. MILLER JOHNSON SLECTER | 67.78 | 67.78 | | 67.78 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 11.60 | FA |
| 18. 2003 TAX REFUNDS (u) | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 11.01a

Case No:           03-46857      RJK     Judge: Robert J. Kressel

Case Name:      VOHS, KIM

CARLSON VOHS, LAUREN

Trustee Name:                         RANDALL L. SEAVER

Date Filed (f) or Converted (c):      09/30/03 (f)

341(a) Meeting Date:                  11/04/03

Claims Bar Date:                      05/12/04

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| No refunds | | | | | |
| 19. AVOIDANCE CLAIM--STOECHEL TRANSFER | 2,619.00 | 1,000.00 | | 1,000.00 | FA |
| 20. AVOIDANCE CLAIM--BEATRICE KING TRANSFER (u) | 0.00 | 2,000.00 | | 2,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $    399,708.78          $    5,406.46                          $    5,511.60          $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Item 19 and 20.


Initial Projected Date of Final Report (TFR): 09/30/04          Current Projected Date of Final Report (TFR): 05/31/06

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 03-46857 -RJK | Trustee Name: | RANDALL L. SEAVER |
| Case Name: | VOHS, KIM | Bank Name: | BANK OF AMERICA, N.A. |
| | CARLSON VOHS, LAUREN | Account Number / CD #: | *******5600 Money Market - Interest Bearing |
| Taxpayer ID No: | *******6293 | | |
| For Period Ending: | 06/21/06 | Blanket Bond (per case limit): | $ 18,470,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/13/04 | 1 | Kim Vohs | Non-exempt amount of homestead | 1110-000 | 500.00 | | 500.00 |
| | | Lauren Carlson-Vohs | General Sale Of Estate Property | | | | |
| | | 15900 N. Hillcrest Court | | | | | |
| | | Eden Prairie, MN 55346 | | | | | |
| 02/27/04 | 17 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.01 | | 500.01 |
| 03/01/04 | | Kim Vohs | Settlement payment | | 500.00 | | 1,000.01 |
| | | Lauren Carlson-Vohs | General Sale Of Estate Property | | | | |
| | | 15900 N. Hillcrest Court | | | | | |
| | | Eden Prairie, MN 55436 | | | | | |
| | 1 | KIM VOHS | Memo Amount: 380.00 | 1110-000 | | | |
| | | | Non-exempt homestead | | | | |
| | 9 | KIM VOHS | Memo Amount: 120.00 | 1129-000 | | | |
| | | | Wedding rings | | | | |
| 03/31/04 | 17 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.08 | | 1,000.09 |
| 04/04/04 | | Kim Vohs | Settlement payment | | 500.00 | | 1,500.09 |
| | | Lauren Carlson-Vohs | General Sale Of Estate Property | | | | |
| | | 15900 N. Hillcrest Court | | | | | |
| | | Eden Prairie, MN 55346 | | | | | |
| | 1 | KIM VOHS | Memo Amount: 500.00 | 1110-000 | | | |
| | | | Excess homestead | | | | |
| 04/30/04 | 17 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.11 | | 1,500.20 |
| 05/04/04 | 1 | Kim Vohs | Non-exempt homestead | 1110-000 | 500.00 | | 2,000.20 |
| | | Lauren Carlson-Vohs | General Sale Of Estate Property | | | | |
| | | 15900 N. Hillcrest Court | | | | | |
| | | Eden Prairie, MN 55346 | | | | | |
| 05/28/04 | 17 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.15 | | 2,000.35 |
| 06/30/04 | 17 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.17 | | 2,000.52 |
| 07/30/04 | 17 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.16 | | 2,000.68 |

Page Subtotals 2,000.68 0.00

Ver: 11.01a

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 03-46857 -RJK | Trustee Name: | RANDALL L. SEAVER |
| Case Name: | VOHS, KIM | Bank Name: | BANK OF AMERICA, N.A. |
| | CARLSON VOHS, LAUREN | Account Number / CD #: | *******5600 Money Market - Interest Bearing |
| Taxpayer ID No: | *******6293 | | |
| For Period Ending: | 06/21/06 | Blanket Bond (per case limit): | $ 18,470,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/04 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.17 | | 2,000.85 |
| 09/30/04 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.16 | | 2,001.01 |
| 10/29/04 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.17 | | 2,001.18 |
| 11/30/04 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.16 | | 2,001.34 |
| 12/31/04 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.17 | | 2,001.51 |
| 01/31/05 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.17 | | 2,001.68 |
| 02/28/05 | 17 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.38 | | 2,002.06 |
| 03/31/05 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.43 | | 2,002.49 |
| 04/29/05 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.41 | | 2,002.90 |
| 05/31/05 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.43 | | 2,003.33 |
| 06/30/05 | 17 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.41 | | 2,003.74 |
| 07/29/05 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.42 | | 2,004.16 |
| 08/31/05 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 1.03 | | 2,005.19 |
| 09/30/05 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 0.99 | | 2,006.18 |
| 10/25/05 | 20 | Kim Vohs<br>Lauren Carlson-Vohs<br>15900 N. Hillcrest Court<br>Eden Prairie, MN  55346 | Avoidance claim vs. B. King | 1241-000 | 2,000.00 | | 4,006.18 |
| 10/31/05 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 1.05 | | 4,007.23 |
| 11/30/05 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 1.98 | | 4,009.21 |
| 12/01/05 | | Kim Vohs<br>Lauren Carlson-Vohs<br>15900 N. Hillcrest Court<br>Eden Prairie, MN  55346 | settlement payment | | 1,500.00 | | 5,509.21 |
| | 19 | KIM VOHS | Memo Amount:        1,000.00<br>Avoidance claim--Stoechel | 1141-000 | | | |
| | 3 | | Memo Amount:           18.68<br>BANK ACCOUNT | 1129-000 | | | |
| | 7 | | Memo Amount:          150.00 | 1129-000 | | | |

Page Subtotals          3,508.53          0.00

Ver: 11.01a

LFORM24

Case No:          03-46857  -RJK        Trustee Name:         RANDALL L. SEAVER
Case Name:        VOHS, KIM             Bank Name:            BANK OF AMERICA, N.A.
                  CARLSON VOHS, LAUREN  Account Number / CD #: *******5600  Money Market - Interest Bearing
Taxpayer ID No:   *******6293
For Period Ending: 06/21/06             Blanket Bond (per case limit):  $ 18,470,000.00
                                        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 8 | | Piano<br>  Memo Amount:  50.00 | 1129-000 | | | |
| | 13 | | Guitars<br>  Memo Amount:  213.54 | 1129-000 | | | |
| | 16 | | Sporting goods<br>  Memo Amount:  67.78 | 1129-000 | | | |
| 12/29/05 | 17 | BANK OF AMERICA, N.A. | Miller Johnson Slecter Account<br>INTEREST REC'D FROM BANK | 1270-000 | 2.39 | | 5,511.60 |
| 12/29/05 | | Transfer to Acct #*******7871 | Final Posting Transfer | 9999-000 | | 5,511.60 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| Memo Allocation Receipts: | 2,500.00 | COLUMN TOTALS | 5,511.60 | 5,511.60 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 5,511.60 | |
| | | Subtotal | 5,511.60 | 0.00 | |
| Memo Allocation Net: | 2,500.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 5,511.60 | 0.00 | |

Page Subtotals        2.39        5,511.60

Ver: 11.01a

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 03-46857 -RJK |
| Case Name: | VOHS, KIM |
| | CARLSON VOHS, LAUREN |
| Taxpayer ID No: | *******6293 |
| For Period Ending: | 06/21/06 |

| | |
|---|---|
| Trustee Name: | RANDALL L. SEAVER |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7871  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 18,470,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/05 | | Transfer from Acct #*******5600 | Transfer In From MMA Account | 9999-000 | 5,511.60 | | 5,511.60 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 5,511.60 | 0.00 | 5,511.60 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 5,511.60 | 0.00 | |
| Memo Allocation Net: | 0.00 | Subtotal | 0.00 | 0.00 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 2,500.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Money Market - Interest Bearing - *******5600 | 5,511.60 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 2,500.00 | Checking - Non Interest - *******7871 | 0.00 | 0.00 | 5,511.60 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 5,511.60 | 0.00 | 5,511.60 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  | | |
|---|---|---|
| Page Subtotals | 5,511.60 | 0.00 |

**Exhibit C**

# PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $5,511.60 |
| | **Claim Type  -** | | | | | | | |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $1,301.16 *<br>$1,301.16 | $0.00 | $1,301.16 | $1,301.16 | $4,210.44 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $69.81 *<br>$69.81 | $0.00 | $69.81 | $69.81 | $4,140.63 |
| | **Subtotal For Claim Type** | | | $1,370.97 *<br>$1,370.97 | $0.00 | $1,370.97 | $1,370.97 | |
| | **Claim Type TAE - TRUSTEE ATTORNEY EXPENSES** | | | | | | | |
| 000020 | FULLER, SEAVER & RAMETTE, P.A. * | Admin | 025 | $541.54 *<br>$541.54 | $0.00 | $541.54 | $541.54 | $3,599.09 |
| | **Subtotal For Claim Type TAE** | | | $541.54 *<br>$541.54 | $0.00 | $541.54 | $541.54 | |
| | **Claim Type TAF - TRUSTEE ATTORNEY FEES** | | | | | | | |
| 000019 | FULLER, SEAVER & RAMETTE, P.A. | Admin | 025 | $1,500.00 *<br>$1,500.00 | $0.00 | $1,500.00 | $1,500.00 | $2,099.09 |
| | **Subtotal For Claim Type TAF** | | | $1,500.00 *<br>$1,500.00 | $0.00 | $1,500.00 | $1,500.00 | |
| | Subtotals For Class Administrative   100.00000 % | | | $3,412.51 *<br>$3,412.51 | $0.00 | $3,412.51 | $3,412.51 | |
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | |
| 000001 | FLEET CREDIT CARD SVCS | Unsec | 070 | $7,389.10 *<br>$7,389.10 | $0.00 | $7,389.10 | $152.34 | $1,946.75 |
| 000002 | MED CREDIT | Unsec | 070 | $21.36 *<br>$21.36 | $0.00 | $21.36 | $0.44 | $1,946.31 |
| 000003 | CHASE MANHATTAN BANK USA NA | Unsec | 070 | $10,513.33 *<br>$10,513.33 | $0.00 | $10,513.33 | $216.75 | $1,729.56 |
| 000004 | CHASE MANHATTAN BANK USA NA* | Unsec | 070 | $8,750.10 *<br>$8,750.10 | $0.00 | $8,750.10 | $180.40 | $1,549.16 |
| 000005 | CHASE MANHATTAN BANK USA NA** | Unsec | 070 | $10,541.76 *<br>$10,541.76 | $0.00 | $10,541.76 | $217.34 | $1,331.82 |

**Exhibit C**

# PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---------|------------|-------|----------|------------------------------|--------------|---------------|---------------|-----------------|
| **Claim Type UC - UNSECURED CLAIMS** | | | | | | | | |
| 000006 | CHASE MANHATTAN BANK<br>USA NA*** | Unsec | 070 | $6,799.21 *<br>$6,799.21 | $0.00 | $6,799.21 | $140.18 | $1,191.64 |
| 000007 | CREDIT UNION | Unsec | 070 | $2,639.57 *<br>$2,639.57 | $0.00 | $2,639.57 | $54.42 | $1,137.22 |
| 000008 | PEOPLES BANK | Unsec | 070 | $5,625.84 *<br>$5,625.84 | $0.00 | $5,625.84 | $115.99 | $1,021.23 |
| 000009 | CITY COUNTY FEDERAL<br>CREDIT UNION | Unsec | 070 | $8,652.82 *<br>$8,652.82 | $0.00 | $8,652.82 | $178.39 | $842.84 |
| 000010 | US BANK** | Unsec | 070 | $7,610.81 *<br>$7,610.81 | $0.00 | $7,610.81 | $156.91 | $685.93 |
| 000011 | KOHLS DEPARTMENT STORE | Unsec | 070 | $2,102.99 *<br>$2,102.99 | $0.00 | $2,102.99 | $43.36 | $642.57 |
| 000012 | DISCOVER BANK | Unsec | 070 | $3,361.29 *<br>$3,361.29 | $0.00 | $3,361.29 | $69.30 | $573.27 |
| 000013 | US BANK | Unsec | 070 | $3,505.55 *<br>$3,505.55 | $0.00 | $3,505.55 | $72.27 | $501.00 |
| 000014 | US BANK* | Unsec | 070 | $5,537.01 *<br>$5,537.01 | $0.00 | $5,537.01 | $114.16 | $386.84 |
| 000015 | CAPITAL ONE FSB | Unsec | 070 | $1,122.74 *<br>$1,122.74 | $0.00 | $1,122.74 | $23.14 | $363.70 |
| 000016 | CITIBANK USA NA | Unsec | 070 | $114.55 *<br>$114.55 | $0.00 | $114.55 | $2.36 | $361.34 |
| 000017 | CITIBANK NA | Unsec | 070 | $10,812.09 *<br>$10,812.09 | $0.00 | $10,812.09 | $222.91 | $138.43 |
| 000018 | MBNA AMERICA BANK NA | Unsec | 070 | $6,714.43 *<br>$6,714.43 | $0.00 | $6,714.43 | $138.43 | $0.00 |
| | **Subtotal For Claim Type UC** | | | $101,814.55 *<br>$101,814.55 | $0.00 | $101,814.55 | $2,099.09 | |
| | Subtotals For Class Unsecured | 2.06168 % | | $101,814.55 *<br>$101,814.55 | $0.00 | $101,814.55 | $2,099.09 | |
| << Totals >> | | | | $105,227.06<br>$105,227.06 | $0.00 | $105,227.06 | $5,511.60 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** **03-46857 RJK**
**Debtor:** **VOHS, KIM**
**Joint Debtor:** **CARLSON VOHS, LAUREN**

## 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $5,511.60

|  |  |  |  |
|---|---|---|---|
|  | $5,511.60 | 25% of First $5,000 | $1,250.00 |
| Less - | $5,000.00 | ($1,250 Maximum) |  |
| Balance | $511.60 | 10% of Next $45,000 | $51.16 |
| Less - | $511.60 | ($4,500 Maximum) |  |
| Balance | $0.00 | 5% of Next $950,000 | $0.00 |
| Less - | $0.00 | ($47,500 Maximum) |  |
| Balance | $0.00 | 3% of Balance | $0.00 |

TOTAL COMPENSATION CALCULATED: $1,301.16

Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$1,301.16**

## 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| : COPY OF TAX RETURNS 1 @ 11.75 | $11.75 |
| COPY: Photocopy/Duplication Expense 136 pages @ 0.25 / page | $34.00 |
| POST: Postage 35 each @ 0.37 / each | $12.95 |
| POST: Postage 19 each @ 0.39 / each | $7.41 |
| POST: Postage 1 each @ 1.11 / each | $1.11 |
| POST: Postage 1 each @ 2.59 / each | $2.59 |

TOTAL EXPENSES CALCULATED: $69.81

Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$69.81**

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$1,370.97**

**DATED: 06/21/06**

# Compensation and Expenses Worksheet

**Case Number:** **03-46857 RJK**
**Debtor:** **VOHS, KIM**
**Joint Debtor:** **CARLSON VOHS, LAUREN**

**SIGNED** _____ **TRUSTEE:** **RANDALL L. SEAVER**

**12400 PORTLAND AVENUE SOUTH**

**SUITE 132**

**BURNSVILLE, MN 55337**